AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 17 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. DR-21-463M-01 |
| Sebastian TOVAR | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sebastian TOVAR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

It shall be unlawful to knowingly and intentionally, conspire, combine, and confederate to transport and move and attempt to transport and move aliens within the United States by means of transportation and otherwise, while knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States, and during and in relation to such transportation, the Defendants' conduct resulted in the death of one or more persons.

Date: 03/17/2021

*Issuing officer's signature*

City and state: Del Rio, Texas

Victor Garcia, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/16/2021, and the person was arrested on *(date)* 03/15/2021
at *(city and state)* Del Rio, Texas.

Date: 03/17/2021

*Arresting officer's signature*

Israel Borup, HSI Special Agent
*Printed name and title*